**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf. Yes    Case No. 11-10212-JLT
- Same Defendant Yes    New Defendant
- Magistrate Judge Case Number
- Search Warrant Case Number
- R 20/R 40 from District of

**Defendant Information:**

Defendant Name: John Willis    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Bac Guai John

Address (City & State): Malden, MA

Birth date (Yr only): 1971   SSN (last4#): 3485   Sex M   Race: White   Nationality:

Defense Counsel if known: R. Bradford Bailey    Address: 4 Longfellow Place

Bar Number:      Suite 3501, 35fh Floor

     Boston, MA 02114

**U.S. Attorney Information:**

AUSA: Timothy E. Moran    Bar Number if applicable:

Interpreter: ☐ Yes ☑ No    List language and/or dialect:

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

Arrest Date: May 27, 2011

☑ Already in Federal Custody as of 5/27/2011 in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/19/12    Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** John Willis

### U.S.C. Citations

| Set | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Distribute Oxycodone | 1-S |
| Set 2 | 21 U.S.C. §1956(h) | Money Laundering | 2-S |
| Set 3 | 21 U.S.C. §853 | Drug Trafficking Forfeiture | |
| Set 4 | 21 U.S.C. §982(a)(1) | Money Laundering Forfeiture | |
| Set 5 | 21 U.S.C. §2 | Aiding and Abetting | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** II   **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf. Yes    Case No. 11-10212-JLT
- Same Defendant Yes    New Defendant
- Magistrate Judge Case Number: MJL - JCB
- Search Warrant Case Number:
- R 20/R 40 from District of:

## Defendant Information:

**Defendant Name:** Brant Welty    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:**

**Address:** (City & State) Boston, MA

**Birth date (Yr only):** 1971    **SSN (last4#):** 7898    **Sex:** M    **Race:** White    **Nationality:**

**Defense Counsel if known:** Kevin L. Barron    **Address:** 92 State Street, 6th Floor, Boston, MA 02109

**Bar Number:**

## U.S. Attorney Information:

**AUSA:** Timothy E. Moran    **Bar Number if applicable:**

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date:** May 27, 2011

☐ Already in Federal Custody as of 6/15/2011 in ____
☐ Already in State Custody at ____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: USMJ Jennifer C. Boal on 8/19/11

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 7/19/12    **Signature of AUSA:** [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Brant Welty

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Distribute Oxycodone | 1-S |
| Set 2 | 21 U.S.C. §1956(h) | Money Laundering | 2-S |
| Set 3 | 21 U.S.C. §853 | Drug Trafficking Forfeiture | |
| Set 4 | 21 U.S.C. §982(a)(1) | Money Laundering Forfeiture | |
| Set 5 | 21 U.S.C. §2 | Aiding and Abetting | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**Criminal Case Cover Sheet**                                          **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** | FBI |
| City: Boston | **Related Case Information:** | | |
| County: Suffolk | Superseding Ind./ Inf.: Yes | Case No. | 11-10212-JLT |
| | Same Defendant: Yes | New Defendant | |
| | Magistrate Judge Case Number | | |
| | Search Warrant Case Number | | |
| | R 20/R 40 from District of | | |

**Defendant Information:**

Defendant Name: Michael Clemente    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Ricky Martin

Address: (City & State) Sunrise, FL

Birth date (Yr only): 1979   SSN (last4#): 2058   Sex: M   Race: Hispanic   Nationality: ___

Defense Counsel if known: James J. Cipoletta    Address: 385 Broadway, Suite 307, Revere, MA 02151

Bar Number: ___

**U.S. Attorney Information:**

AUSA: Timothy E. Moran    Bar Number if applicable: ___

Interpreter: ☐ Yes ☑ No    List language and/or dialect: ___

Victims: ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: May 27, 2011

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: USMJ Jennifer C. Boal on 6/14/2011

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/19/12    Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Michael Clemente

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Distribute Oxycodone | 1-S |
| Set 2 | 21 U.S.C. §1956 (h) | Money Laundering | 2-S |
| Set 3 | 21 U.S.C. §853 | Drug Trafficking Forfeiture | |
| Set 4 | 21 U.S.C. §982 (a)(1) | Money Laundering Forfeiture | |
| Set 5 | 21 U.S.C. §2 | Aiding and Abetting | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**      Category No. **II**      Investigating Agency **FBI**

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf. **Yes**    Case No. **11-10212-JLT**
- Same Defendant **Yes**    New Defendant
- Magistrate Judge Case Number _MJL-J45_
- Search Warrant Case Number
- R 20/R 40 from District of

**Defendant Information:**

Defendant Name: **Mark Thompson**    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) **Davie, FL**

Birth date (Yr only): **1982**   SSN (last4#): **9064**   Sex **M**   Race: **Black**   Nationality:

Defense Counsel if known: **Samuel B. Goldberg**   Address **689 Massachusetts Avenue, Cambridge, MA 02139**

Bar Number:

**U.S. Attorney Information:**

AUSA **Timothy E. Moran**    Bar Number if applicable

Interpreter: ☐ Yes ☑ No    List language and/or dialect:

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: **May 27, 2011**

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: **USMJ Jennifer C. Boal** on **June 14, 2011**

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/19/12   Signature of AUSA: _[signature]_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Mark Thompson

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Distribute Oxycodone | 1-S |
| Set 2 | 21 U.S.C. §1956(h) | Money Laundering | 2-S |
| Set 3 | 21 U.S.C. §853 | Drug Trafficking Forfeiture | |
| Set 4 | 21 U.S.C. §982(a)(1) | Money Laundering Forfeiture | |
| Set 5 | 21 U.S.C. §2 | Aiding and Abetting | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| Place of Offense: | Category No. II | Investigating Agency: FBI |
| City: Boston | Related Case Information: | |
| County: Suffolk | Superseding Ind./ Inf.: Yes | Case No. 11-10212-JLT |
| | Same Defendant: Yes | New Defendant: [signature] |
| | Magistrate Judge Case Number: MMC-JCB | |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of: | |

**Defendant Information:**

Defendant Name: Bridget Welty    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) Boston, MA

Birth date (Yr only): 1973    SSN (last4#): 9894    Sex: F    Race: White    Nationality:

Defense Counsel if known: Mark D. Smith    Address: 101 Federal Street

Bar Number:    Suite 650

Boston, MA 02110

**U.S. Attorney Information:**

AUSA: Timothy E. Moran    Bar Number if applicable:

Interpreter: ☐ Yes ☑ No    List language and/or dialect:

Victims: ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: May 27, 2011

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: USMJ Jennifer C. Boal on 6/2/2011

Charging Document:  ☐ Complaint    ☐ Information    ☑ Indictment

Total # of Counts:  ☐ Petty    ☐ Misdemeanor    ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/19/12    Signature of AUSA: [signature]

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Bridget Welty

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Distribute Oxycodone | 1-S |
| Set 2 | 21 U.S.C. §1956(h) | Money Laundering | 2-S |
| Set 3 | 21 U.S.C. §853 | Drug Trafficking Forfeiture | |
| Set 4 | 21 U.S.C. §982 (a)(1) | Money Laundering Forfeiture | |
| Set 5 | 21 U.S.C. §2 | Aiding and Abetting | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011