**Criminal Case Cover Sheet**          U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf.: Yes    Case No. 11-10212-JLT
- Same Defendant: Yes    New Defendant:
- Magistrate Judge Case Number: JCB - various
- Search Warrant Case Number:
- R 20/R 40 from District of:

**Defendant Information:**

Defendant Name: Michael Clemente    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Ricky Martin

Address: (City & State) Sunrise, FL

Birth date (Yr only): 1979   SSN (last4#): 2058   Sex: M   Race: Hispanic   Nationality:

Defense Counsel if known: James J. Cipoletta   Address: 385 Broadway, Suite 307, Revere, MA 02151

Bar Number:

**U.S. Attorney Information:**

AUSA: Timothy E. Moran/Richard L. Hoffman   Bar Number if applicable:

Interpreter: ☐ Yes ☑ No   List language and/or dialect:

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: May 27, 2011

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: USMJ Jennifer C. Boal on 6/14/2011

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 22, 2012    Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Michael Clemente

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Distribute Oxycodone | 1-SS |
| Set 2 | 18 U.S.C. §1956 (h) | Money Laundering Conspiracy | 2-SS |
| Set 3 | 21 U.S.C. §853 | Drug Trafficking Forfeiture | |
| Set 4 | 18 U.S.C. §982 (a)(1) | Money Laundering Forfeiture | |
| Set 5 | 18 U.S.C. §2 | Aiding and Abetting | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. Yes    Case No. 11-cr-10212-JLT
Same Defendant No    New Defendant Yes
Magistrate Judge Case Number JCB - various
Search Warrant Case Number
R 20/R 40 from District of

## Defendant Information:

**Defendant Name** Colby Deering    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name**

**Address** (City & State) Quincy, MA

**Birth date (Yr only):** 1972   **SSN (last4#):** 2496   **Sex** M   **Race:** White   **Nationality:**

**Defense Counsel if known:** John F. Palmer, Esq.   **Address** Seven Faneuil Hall Marketplace, North Building, 3rd Floor, Boston, MA 02109

**Bar Number**

## U.S. Attorney Information:

**AUSA** Timothy E. Moran/Richard L. Hoffman    **Bar Number if applicable**

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** August 21, 2012

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: USMJ Boal on August 21, 2012

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** August 22, 2012    **Signature of AUSA:** /s/

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Colby Deering

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Distribute Oxycodone | 1-SS |
| Set 2 | 18 U.S.C. §1956(h) | Money Laundering Conspiracy | 2-SS |
| Set 3 | 21 U.S.C. §853 | Drug Forfeiture Allegation | |
| Set 4 | 18 U.S.C. §982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 5 | 18 U.S.C. §2 | Aiding and Abetting | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**Criminal Case Cover Sheet**           **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./Inf.: Yes    Case No. 11-cr-10212-JLT
- Same Defendant: No    New Defendant: Yes
- Magistrate Judge Case Number: JCB - various
- Search Warrant Case Number:
- R 20/R 40 from District of:

**Defendant Information:**

Defendant Name: Anh Nguyen    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) Dorchester, MA

Birth date (Yr only): 1985    SSN (last4#): 2192    Sex: F    Race: Asian    Nationality:

Defense Counsel if known: Raymond E. Gillespie, Esq.    Address: Suite 32, 875 Massachusetts Avenue, Cambridge, MA 02139-3067

Bar Number:

**U.S. Attorney Information:**

AUSA: Timothy E. Moran/Richard L. Hoffman    Bar Number if applicable:

Interpreter: ☐ Yes ☑ No    List language and/or dialect:

Victims: ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: August 21, 2012

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: USMJ Boal on August 21, 2012

Charging Document: ☐ Complaint ☐ Information ☑ Indictment

Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 22, 2012    Signature of AUSA: /s/ Richard L. Hoffman

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Anh Nguyen

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Distribute Oxycodone | 1-SS |
| Set 2 | 18 U.S.C. §1956(h) | Money Laundering Conspiracy | 2-SS |
| Set 3 | 18 U.S.C. §1512(b)(3) | Tampering with a Witness | 3-SS |
| Set 4 | 18 U.S.C. §2 | Aiding and Abetting | |
| Set 5 | 18 U.S.C. §982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 6 | 18 U.S.C. § 981(a)(1)(C) | Witness Tampering Proceeds Forfeiture Allegation | |
| Set 7 | 21 U.S.C. §853 | Drug Forfeiture Allegation | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:**   Category No. **II**   Investigating Agency **FBI**

City **Boston**   Related Case Information:

County **Suffolk**   Superseding Ind./ Inf. **Yes**   Case No. **11-10212-JLT**
Same Defendant **Yes**   New Defendant _____
Magistrate Judge Case Number **JCB - various**
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name **Mark Thompson**   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) **Davie, FL**

Birth date (Yr only): **1982**   SSN (last4#): **9064**   Sex **M**   Race: **Black**   Nationality: _____

Defense Counsel if known: **Samuel B. Goldberg**   Address **689 Massachusetts Avenue**

Bar Number _____   **Cambridge, MA 02139**

## U.S. Attorney Information:

AUSA **Timothy E. Moran/Richard L. Hoffman**   Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date **May 27, 2011**

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: **USMJ Jennifer C. Boal** on **June 14, 2011**

Charging Document: ☐ Complaint ☐ Information ☑ Indictment

Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **August 22, 2012**   Signature of AUSA: _/s/ (signature)_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Mark Thompson

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Distribute Oxycodone | 1-SS |
| Set 2 | 18 U.S.C. §1956(h) | Money Laundering Conspiracy | 2-SS |
| Set 3 | 21 U.S.C. §853 | Drug Trafficking Forfeiture | |
| Set 4 | 18 U.S.C. §982(a)(1) | Money Laundering Forfeiture | |
| Set 5 | 18 U.S.C. §2 | Aiding and Abetting | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** FBI |
| City: Boston | **Related Case Information:** | |
| County: Suffolk | Superseding Ind./ Inf. Yes | Case No. 11-10212-JLT |
| | Same Defendant Yes | New Defendant |
| | Magistrate Judge Case Number | JCB - Various |
| | Search Warrant Case Number | |
| | R 20/R 40 from District of | |

**Defendant Information:**

Defendant Name: **Brant Welty**    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) **Boston, MA**

Birth date (Yr only): 1971   SSN (last4#): 7898   Sex: M   Race: White   Nationality: ___

Defense Counsel if known: Kevin L. Barron    Address: 92 State Street, 6th Floor

Bar Number: _____    Boston, MA 02109

**U.S. Attorney Information:**

AUSA: Timothy E. Moran/Richard L. Hoffman    Bar Number if applicable: ___

Interpreter: ☐ Yes ☑ No    List language and/or dialect: ___

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: May 27, 2011

☐ Already in Federal Custody as of ___ in ___

☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial

☑ On Pretrial Release: Ordered by: USMJ Jennifer C. Boal on 8/19/11

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 22, 2012    Signature of AUSA: _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Brant Welty

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Distribute Oxycodone | 1-SS |
| Set 2 | 18 U.S.C. §1956(h) | Money Laundering Conspiracy | 2-SS |
| Set 3 | 21 U.S.C. §853 | Drug Trafficking Forfeiture | |
| Set 4 | 18 U.S.C. §982(a)(1) | Money Laundering Forfeiture | |
| Set 5 | 18 U.S.C. §2 | Aiding and Abetting | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./Inf. Yes    Case No. 11-10212-JLT
- Same Defendant Yes    New Defendant ___
- Magistrate Judge Case Number JCB - various
- Search Warrant Case Number ___
- R 20/R 40 from District of ___

**Defendant Information:**

Defendant Name: Bridget Welty    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ___

Address: (City & State) Boston, MA

Birth date (Yr only): 1973   SSN (last4#): 9894   Sex: F   Race: White   Nationality: ___

Defense Counsel if known: Mark D. Smith    Address: 101 Federal Street

Bar Number: ___    Suite 650    Boston, MA 02110

**U.S. Attorney Information:**

AUSA: Timothy E. Moran/Richard L. Hoffman    Bar Number if applicable: ___

Interpreter: ☐ Yes ☑ No    List language and/or dialect: ___

Victims: ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: May 27, 2011

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: USMJ Jennifer C. Boal on 6/2/2011

Charging Document: ☐ Complaint    ☐ Information    ☑ Indictment

Total # of Counts: ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 22, 2012    Signature of AUSA: /s/ Richard L. Hoffman

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Bridget Welty

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Distribute Oxycodone | 1-SS |
| Set 2 | 18 U.S.C. §1956(h) | Money Laundering Conspiracy | 2-SS |
| Set 3 | 21 U.S.C. §853 | Drug Trafficking Forfeiture | |
| Set 4 | 18 U.S.C. §982 (a)(1) | Money Laundering Forfeiture | |
| Set 5 | 18 U.S.C. §2 | Aiding and Abetting | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

AMENDED

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. Yes Case No. 11-10212-JLT
Same Defendant Yes New Defendant ____
Magistrate Judge Case Number JCB - various
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name John Willis Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name Bac Guai John

Address (City & State) Malden, MA

Birth date (Yr only): 1971 SSN (last4#): 3485 Sex M Race: White Nationality: ____

**Defense Counsel if known:** R. Bradford Bailey Address 4 Longfellow Place, Suite 3501, 35fh Floor, Boston, MA 02114

**Bar Number** ____

**U.S. Attorney Information:**

**AUSA** Timothy E. Moran/Richard L. Hoffman Bar Number if applicable ____

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ____

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☐ Regular Process ☑ In Custody

**Location Status:**

**Arrest Date** May 27, 2011

☑ Already in Federal Custody as of 5/27/2011 in ____.
☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: August 22, 2012 Signature of AUSA: [signature]

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   John Willis

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Distribute Oxycodone | 1-SS |
| Set 2 | 18 U.S.C. §1956(h) | Money Laundering Conspiracy | 2-SS |
| Set 3 | 21 U.S.C. §853 | Drug Trafficking Forfeiture | |
| Set 4 | 18 U.S.C. §982(a)(1) | Money Laundering Forfeiture | |
| Set 5 | 18 U.S.C. §2 | Aiding and Abetting | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____